**FILED**

01/17/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0580

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

DA-22-0580

| | |
|---|---|
| IN RE THE MATTER OF: | ) ORDER GRANTING APPELLANT'S |
| | ) UNOPPOSED MOTION FOR SECOND |
| PEGGY LEANN SMITH, | ) EXTENSION OF TIME TO FILE INITIAL |
| | ) BRIEF |
| Petitioner and Appellee, | ) |
| | ) |
| vs. | ) |
| | ) |
| WILLIAM MICHAEL SMITH, | ) |
| | ) |
| Respondent and Appellant. | ) |
| | ) |

Appellant, William Michael Smith, by and through counsel of record, has moved the Montana Supreme Court pursuant to Rule 26 of the Appellate Rules of Procedure for a second extension to file his opening brief in the above captioned matter. The Motion indicates that Opposing Counsel does not oppose the Motion for an Extension to mid-February.

THEREFORE, it is hereby Ordered that the Motion for Extension is granted and Appellant's Opening Brief shall be due on February 17, 2023.

DATED this _____ day of January, 2023.

MONTANA SUPREME COURT

By:_____
CLERK

#12404 Order Granting Appellant's Motion for Second Extension of Time

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 17 2023